IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| CHARLES L. JUSTE, ET AL. | § | |
| VS. | § | CIVIL ACTION NO. 1:12-CV-108 |
| C. V. RIVERA, ET AL. | § | |

**MEMORANDUM ORDER OVERRULING PLAINTIFFS' OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiffs, twenty-two prisoners confined at the Federal Correctional Institution in Beaumont, Texas, filed this civil rights action pursuant to *Bivens v. Six Unknown Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971). Plaintiffs filed a motion for certification of a class action.

The Court ordered that this matter be referred to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends denying the motion for class certification.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and the pleadings. Plaintiffs filed objections to the Magistrate Judge's Report and Recommendation.

The Court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b). After careful consideration, the Court concludes the objections are without merit.

## **ORDER**

Accordingly, plaintiffs' objections are **OVERRULED**. The findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. The motion for class certification is **DENIED**.

So **ORDERED** and **SIGNED** this **24** day of **January, 2013.**

_____
Ron Clark, United States District Judge